UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ASBESTOS WORKERS MEDICAL FUND )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BROWN'S INSULATION, INC. )<br><br>Defendant. ) | C.A. No.: GLR-1:20-02099 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby file this Notice of Voluntary Dismissal of the instant action against the Defendant, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for the reasons stated as follows. This action was filed on July 17, 2020 by the Plaintiffs to recover delinquent amounts owed by the Defendant to the Plaintiff Fund. Subsequently, the Plaintiff Fund and the Defendant agreed to a settlement of this lawsuit. The opposing party has neither served an Answer nor a Motion for Summary Judgment.

Dated:     August 31, 2020

Respectfully submitted,

**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC  20015
(202) 362-0041 – telephone
(202) 362-2640 – facsimile
cgilligan@odonoghuelaw.com

By:           /s/
Charles W. Gilligan
Maryland Bar No. 05682
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal, has been sent first class mail, postage prepaid, this 31st day of August, 2020, to:

Joyce Brown, Registered Agent
Brown's Insulation
768 Paynes Lake Road
Carrollton, GA  30116

/s/
Charles W. Gilligan

350306_1